*Farrell M. Kane* and *Lawrence W. Widdecombe* for appellant.
*Frederic W. Lahr* and *William J. Dillon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JOE CHERNOW, Respondent, *v.* HARRY FELDMAN, Appellant, et al., Defendants.

Argued October 14, 1947; decided January 8, 1948.

*Paxton·Blair* and *Joseph M. Conroy* for appellant.
*George Berkowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.